WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-187—Claimant 

GENERAL TIRE SERVICE, DIVISION OF GENERAL TIRE & RUBBER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENTS OF TRANSPORTATION AND GENERAL SERVICES, Respondent.

*Opinion filed November 13, 1973.*

GENERAL TIRE SERVICE, DIVISION OF GENERAL TIRE & RUBBER COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.